## UNITED STATES of America v. DYNAMIC CHEMICAL & MINERAL CO.

### No. 5306.

Circuit Court of Appeals, Seventh Circuit.
March 25, 1935.

Dwight H. Green, of Chicago, Ill., for the United States.

**1020**

Lloyd D. Heth and John J. Flynn, both of Chicago, Ill., for appellee.

Before EVANS, SPARKS, and FITZHENRY, Circuit Judges.

PER CURIAM.

On motion of counsel for appellees, it is now here ordered and adjudged by this court that this appeal be, and the same is hereby, dismissed.